Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

### FORM TO BE USED IN FILING A COMPLAINT
### UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

*13cv6376 Fe*

All material filed in this Court is now available via the **INTERNET**. See **Pro Se** Privacy Notice for further information.

## 1. CAPTION OF ACTION

**A.** **Full Name And Prisoner Number of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. DAMONE Taree Savage #41776

2.

-VS-

*[stamp: UNITED STATES DISTRICT COURT FILED JUL 2 2 2013 MICHAEL J. ROEMER, CLERK WESTERN DISTRICT OF N.Y.]*

**B.** **Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. Ofc. Micheal Acqumo
2. Ofc. MARK HAmilton
3. Ofc. MARK White
4. Ofc. Jeremy Connelly
5. 1st Deputy Superindent Michael Reardon
6. E.C.H.C. sHeriff Timothy HowARd/Medical STAFF

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: DAMONE T. Savage #41776

Present Place of Confinement & Address: ERIE County Holding Center 40 DelAwARe AVe., BuffAlo, New YoRK 14202

Name and Prisoner Number of Plaintiff:

Present Place of Confinement & Address:

**DEFENDANT'S INFORMATION   NOTE:** *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: Mirheal Acquino

(If applicable) Official Position of Defendant: Buffalo Housing Police Officer

(If applicable) Defendant is Sued in ___✓ Individual and/or ___✓ Official Capacity

Address of Defendant: Buffalo Housing Police Head quaters
312 Perry St. Buffalo, N.Y.

Name of Defendant: MARK Hamilton

(If applicable) Official Position of Defendant: Buffalo Housing Police Officer

(If applicable) Defendant is Sued in ___✓ Individual and/or ___✓ Official Capacity

Address of Defendant: Buffalo Housing Police Headquaters
312 Perry St, Buffalo, N.Y.

Name of Defendant: Jeremy Connelly

(If applicable) Official Position of Defendant: Buffalo Police Officer

(If applicable) Defendant is Sued in ___✓ Individual and/or ___✓ Official Capacity

Address of Defendant: Buffalo Police Headquaters
74 Franklin St, Buffalo, N.Y. 14202

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.   Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
Yes____   No ✓

If Yes, complete the next section.   NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.   Name(s) of the parties to this other lawsuit:

Plaintiff(s): _____

Defendant(s): _____

_____

2.   Court (if federal court, name the district; if state court, name the county): _____

_____

3.   Docket or Index Number: _____

4.   Name of Judge to whom case was assigned: _____

DEFENDANT'S INFORMATION NOTE:

Name of Defendant: MARK White
(IF applicable) Official Position of Defendant: Buffalo Police officer
(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity
Address of Defendant: Buffalo Police Headquaters
74 Frunkin St, Buffalo, N.Y. 14208

Name of Defendant: Sheriff Timothy Howard
(If applicable) Official Position of Defendant: Sheriff incharge of E.C.H.C.
(If applicable) Defendant is sued in ✓ Individual and/or ✓ Official Capacity
Address of Defendant: E.C.H.C.
40 Delaware Ave, Buffalo, N.Y. 14202

Name of Defendant: Micheal Reardon
(If applicable) Official Position of Defendant: Superintendent 1st Deputy
(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity
Address of Defendant: Erie County Houlding Center
40 Delaware Aue, Buffalo, N.Y. 14202

Name of Defendant: Dr. Hielmburger
(If applicable) Official Position of Defendant: Doctor of Erie County Medical
(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity STAFF
Address of Defendant: Erie County Houlding Center
40 Delaware Ave, Buffalo, N.Y. 14202

Name of Defendant: G. Lupa Stabler
(If applicable) Official Position of Defendant: Nurse
(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity
Address of Defendant: Erie County Holding Center
40 Delaware Aue, Buffalo, N.Y. 14202

Name of Defendant:
(If applicable) Official Position of Defendant:
(If applicable) Defendant is Sued in____ Individual and/or____ Official Capacity
Address of Defendant:

2B

5.    The approximate date the action was filed: _____

6.    What was the disposition of the case?

    Is it still pending?  Yes____  No ✓

        If not, give the approximate date it was resolved. _____

    Disposition (check the statements which apply):

    ____ Dismissed (check the box which indicates why it was dismissed):

        ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim
             upon which relief can be granted;

        ____ By court for failure to exhaust administrative remedies;

        ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court
             order;

        ____ By court due to your voluntary withdrawal of claim;

    ____ Judgment upon motion or after trial entered for

        ____ plaintiff

        ____ defendant.


B.    Have you begun **any other lawsuits** in federal court which **relate to your imprisonment**?

      Yes____  No ✓

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment,*
*use this same format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

      Plaintiff(s): _____

      _____

      Defendant(s): _____

      _____

2.    District Court: _____

3.    Docket Number: _____

4.    Name of District or Magistrate Judge to whom case was assigned: _____

      _____

5.    The approximate date the action was filed: _____

6.    What was the disposition of the case?

      Is it still pending?  Yes____  No____

          If not, give the approximate date it was resolved. _____

2

Disposition (check the statements which apply):

_____ Dismissed (check the box which indicates why it was dismissed):

_____ By court *sua sponte* as frivolous. malicious or for failing to state a claim upon which relief can be granted;

_____ By court for failure to exhaust administrative remedies;

_____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

_____ By court due to your voluntary withdrawal of claim;

_____ Judgment upon motion or after trial entered for

_____ plaintiff

_____ defendant.

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

| | | |
|---|---|---|
| • Religion | • Access to the Courts | • Search & Seizure |
| • Free Speech | • False Arrest | • Malicious Prosecution |
| • Due Process | • Excessive Force | • Denial of Medical Treatment |
| • Equal Protection | • Failure to Protect | • Right to Counsel |

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims.  In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata. and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law. by a prison er confined in any jail, prison. or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve. appeal. or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

A. **FIRST CLAIM:** On (date of the incident) Officers did Arrest on January 18, 2013 .

defendant (give the **name and position held** of **each defendant** involved in this incident) Ofc. Micheal Acquino, Ofc. MARK Hamilton ,

did the following to me (briefly state what each defendant named above did): Without any 911 calls or Probable Cause On the date of 1/18/13, I was racially profiled by the above officers in the city of Buffalo, N.Y I was walking down the street with my two younger relatives Arquan simpson, Andre Osborne when we observed officers across the street stopping a car for no reason. They drove along side of us stopping there car begin asking gestions at that time officer Hamilton got out of the patrol car and begin asking for my relatives I.D. never turning to confromt me at all, so I continued to walk wway towards my destination. I turned the croner and the other cop persued me by following me in his car then he drove over the crub onto the sidewalk to block my movement

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Violation of 4th Amendment under U.S. Constitution Civil Rights, Illegal "Search & Seizure", Unlawful Imprisonment

The relief I am seeking for this claim is (briefly state the relief sought): Dismissal of Said Charges that Stem From Police Misconduct of illegal Search & Seizure, In Addition to damages and punitive damnges. 5 million

<u>**Exhaustion of Your Administrative Remedies for this Claim:**</u>

Did you grieve or appeal this claim? ✓ Yes ____ No If yes, what was the result? Held Supperssion Hearing on the Dates of April 25, 2013 And May 30, 2013. In County Court.

Did you appeal that decision? ____ Yes ✓ No If yes, what was the result? _____

_Attach copies of any documents that indicate that you have exhausted this claim._

If you did not exhaust your administrative remedies, state why you did not do so: I AM Still WAiting On the Ruling of Suppression Hearing by Hon, Judge Russell P. Buscaglia In Erie County Court

A. **SECOND CLAIM:** On (date of the incident) January 18, 2013 6:30pm.

defendant (give the **name and position held** of **each defendant** involved in this incident) Ofc. Micheal Acquino Ofc. MARK Hamilton, Ofc. MAck WHite, Ofc. JeREmy Connelly

5

A. THRID CLAIM: On (date of the incident)- January 19, 2013;

defendant (give the name and potsition held of each defendant involed in this incident) E.C.H.C. Sheriff Timothy Howard, Superintendent Reardon, Medical Staff Dr. Hielinburger , Nurse G.Lupa Stabler ,

did the following to me ( briefly state what each defendant above did): On the date of my entry into the E.C.H.C.I was Examend by nurse G.luma Stabler on Jan.19,2013. I had man injuries to my eyes, face, head, left shoulder was in a sling,my left wrist needed stiche I multiple bruses to my knees,legs, hip and back. And she said I was fine and just was ex riancing Head truma and there was nothing wrong with me at all. I was also seen by Bradon a nurse practioner who no longer works here,but at the time said that he could not help my because I needed to be seen by the facility Doctortold me that I had to request to see the Dr. Hielinburger.Which I in turn did for the course of three months before he came to my housing area to conduct a exam of my injuries upon my interview he apologi  for his sta misconduct of not informing him of much needed exam.He requsted that I be seen for my head aches by a nerurologist and I still suffer to this day and have not been sent to such exau as of yet to this date.Also I spoke with Sup.Ind.Reardon personally on 6/13/13, I explaine my condition and the pain that I am suffering each and everyday also the fact that the

(E.C.M.C)~ Dr.Micheal Roth confirmed that I need surjury to my left shoulder for an A.C.Joint Seper tion is also causing Extreme Pain and nerve damage lost of feeling to my left arm&hand. The constitutional basis for this claim under 42 U.S.C. § 1983 is:
8th Amendment U.S.Civil Rights: Denial of Medical TREATMENT

The relief I am seeking for this claim (briefly state the relief sought): For them to be required To PAY All medical bills Anti $5 million for "Cruel Anti Unuasal Punishment" for All the many months I have been in PAIN".

Exhaustion of Your Administrative Remedies for this Claim:
Did you grieve or appeal this claim? ✓ Yes _____ No If yes, whatb was the result
I was never givAn Any Response to Any Grievence oR Request Forms That I have written  Submitted on June 28,2013- 9:17 Am

Did you appeal that decision? _____ Yes ✓ No If yes, what was the result?
WAS Never given Any oppertunity To AppeAl "Denial of Medical" Grievance 6/28/13

If you did not exhaust your administrative remedies, state why you did not so: Since I have been here I have been given empty promises That I will recieve Medical TReATment for my condition And by the Superintendant As well As both Sgt. Balys & Sgt R. Dee yet they never Response to My Requsts forms. Also I was told by Dr. Hielinburger that As Long As I am in this Facility I will not be given Any Surijury for my left shoulder or Nerve damage", Instead I cAN only get medication

5B

did the following to me (briefly state what each defendant named above did): Once ofc. Acquino, got out of his cop car ran over to me and begin chocking me threw me to the ground mased me in my mouth, eyes, nose. Then he punch me in my face several times pulled out his gun put it to my head told me he was gonna "blow my brains out" I put my hands over my face and begin yelling for help at that time ofc. Hamilton stood over me with his gun drawn pointed at me told me "to move my hands or he would break my jaw". They They then cuffed my arms in two differant directions causing a A.C. Joint Seperation. Ofc. Acquino put his knee in my back and begin choking me from behind as other officers arrived and begin punching kicking me in my head and face also stomped me on my back. then held me in precent for 4hrs. questing me.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Violation of both my 4th & 8th U.S. Constitutional Civil Rights Amendents Personal Liberty & Excessive Force.

The relief I am seeking for this claim is (briefly state the relief sought): Compensatory Damages $2.5million for permanent injuries, Left shoulder, Left Arm, Hand And Nerve damage, Head injuries, Punitive Damages $2.5million Pain & Suffering mental anguish

#### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? ✓ Yes ____ No  If yes, what was the result? The defendants was denied Any wrong doings by the Internal Affiars Divisen on Feb. 16, 2013

Did you appeal that decision? ____ Yes ✓ No  If yes, what was the result? Interview was given by Lt. Robert Rosenswin on 1/21/13 I.A.

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: Still Awaiting My Response From Suppersion Hearing held on April 25 & May 30, 2013

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

---

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

I request That my entire case be reviewed by An Attorney. Upon so All Testimony given by Attesting officers At both felony Hearing & Suppress. on Hearing". Thereafter That All charges pending Against me be dismissed. That I recieve Compustation in the Amount of $5million per suit filed total of $15million. for pAin & Suffering And mental Anguish. Also That The Personel At ECHG. be Subjected To Penalty for misconduct.

Do you want a jury trial? Yes ✓ No ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 7/11/13 _____
                        (date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____ Mr. Damone Dree Savage _____
_____ Damone Three Savage _____

Signature(s) of Plaintiff(s)

7

Erie County Department of Health (ECDOH)          Division of Public & Correctional Health

## SICK CALL REQUEST

**INMATE SECTION: (Inmate to complete this section only)**
*Preso seccion:*     *(El preso,(La presa) a completer esta seccion)*

Last name: Savage          First name: DAMONE          ICN: 4/776
*Apellido*                          *Primer Nombre*                    *Preso No. Correccional*

D.O.B.: 6/25/77     Sex: ☑M     ☐F     Location: Holding Center
*Fecha de nacimiento*     *Sexo Hombre     Mujer  Ubicacion*

Date of Request: 1/19/13     Time of Request: 8:30 (hrs)          Right
*Fecha de solicitud*               *Tiempo de solicitud*

**Reason for Request:** I have blurred vicion in my
*Razon de solicitud*     having a hard time seeing out of my Right eye I
was kicked repeatbly in my head back and legs. By
Arresting officers. I also have a illergic reaction to Beef,
Therefore I cannot eat it. I was injuryed in a
car Accident where I suffered with bulding Disc in my
Neck and injury to my Lumbardo Disc in my lower back.
I take medication for these injuries. And also am Requesting
A additional mattress to Aviod further pain and muscle spasms
Which I often have not have been taking flexiale.
your Help in this matter will be highly Appreciated.
                                                                Mr. Savage

---

**TRIAGE SECTION:** Triaged By: _____

Disposition:

*Date/Time*          ☐ Immediate Evaluation
*Received*           ☐ Sick Call      (Priority  ☐ 1    ☐ 2    ☐ 3 )
                     ☐ Dental Referral
                     ☐ RN Assessment (face to face)
                     ☐ Referral to Forensics/Mental Health
                     ☐ No Provider Visit Necessary (Needs comment)

---

**COMPLETION:** Date: ____/____/____    Time: _____ (hrs)

Print Name: _____    Signature: _____

Page 1 of 1                                    Form CH-19 Sick Call Request Form (Rev. 05/07/12)

Erie County Department of Health (ECDOH)          Division of Public & Correctional Health

## SICK CALL REQUEST

**INMATE SECTION: (Inmate to complete this section only)**
*Preso seccion:*          *(El preso,(La presa) a completer esta seccion)*

Last name: SAUAGE          First name: DAMONE          ICN: 4/776
**Apellido**          **Primer Nombre**          **Preso No. Correccional**

D.O.B.: 6/25/77   Sex: ☑M   ☐F   Location: ENE - 93
*Fecha de nacimiento*   Sexo Hombre   Mujer   Ubicacion

Date of Request: 1/22/13   Time of Request: 8:00 (hrs)
*Fecha de solicitud*   Tiempo de solicitud

Reason for Request: I Need To Be Seen By THe
**Razon de solicitud** Doctor iN Regards To my RigHT
Eye ThAT WAS iNjuRed M/ the Police . I
Also have SKiN peeling fRom my FACE oN my
Right Side of face Near mc AND Right cheeK and
ChiN . I Need SomeThing To Preuent
A iNfection fRom occuRiNg I have Blurred
ViSioN ANd Need To be TReAted I Keep
seeiNg Spots iN my eye . (Sgt. Dee ) SAid To DRop
ANother SicK cAll Slip iN:! I'm TReAted !!

PLeAse & THANK You MR. Savage

---

**TRIAGE SECTION:** Triaged By: _____

Disposition:

*Date/Time*
*Received*

☐ Immediate Evaluation.

☐ Sick Call   (Priority   ☐ 1   ☐ 2   ☐ 3 )

☐ Dental Referral

☐ RN Assessment (face to face)

☐ Referral to Forensics/Mental Health

☐ No Provider Visit Necessary (Needs comment)

_____
_____
_____
_____
_____
_____
_____
_____

**COMPLETION:** Date: ___/___/____   Time: _____ (hrs)

Print Name: _____ Signature: _____

Page 1 of 1                    Form CH-19 Sick Call Request Form (Rev. 05/07/12)

Erie County Department of Health (ECDOH)          Division of Public & Correctional Health

## SICK CALL REQUEST

**INMATE SECTION: (Inmate to complete this section only)**
**Preso seccion:**          (El preso,(La presa) a completer esta seccion)

**Last name:** SAvAge          **First name:** DAMONe          **ICN:** 41776
**Apellido**                    **Primer Nombre**                **Preso No. Correccional**

**D.O.B.:** 6/25/77   **Sex:** ☑M   ☐F   **Location:** ENE #93
**Fecha de nacimiento**   **Sexo Hombre   Mujer   Ubicacion**

**Date of Request:** 1/26/13   **Time of Request:** 5:00 (hrs)
**Fecha de solicitud**          **Tiempo de solicitud**

**Reason for Request:** I Need To See The
**Razon de solicitud** Doctor" Not The Nurse.

    I AM iN extreme PAiN iN bith MY shoulder
AND Lower back. Need stronger medication.
Also Need for you to change my time
for prolsec to Nights iNstead of A.M.
I have HeARt burn iN my chest when I lay
down At Night. Not while I'm up during
The dAy. I Need something to MAKe me sleep.
A substitue foR "AMbien" which I tAKe At home
up All Night without it.  THANK YOU MR. Saver

**TRIAGE SECTION:** Triaged By: _____

Disposition:

*Date/Time*
*Received*
          ☐ Immediate Evaluation
          ☐ Sick Call    (Priority   ☐ 1    ☐ 2    ☐ 3  )
          ☐ Dental Referral
          ☐ RN Assessment (face to face)
          ☐ Referral to Forensics/Mental Health
          ☐ No Provider Visit Necessary (Needs comment)

**COMPLETION:** Date: ____/____/____   Time: _____ (hrs)

Print Name: _____   Signature: _____
Page 1 of 1                                   Form CH-19 Sick Call Request Form (Rev. 05/07/12)

Erie County Department of Health (ECDOH)          Division of Public & Correctional Health

## SICK CALL REQUEST

**INMATE SECTION:** (Inmate to complete this section only)
**Preso seccion:**          (El preso,(La presa) a completer esta seccion)

**Last name:** SAINGE          **First name:** DAMIAN          **ICN:** 41776
**Apellido**                    **Primer Nombre**              **Preso No. Correccional**

**D.O.B.:** 6 / 25 / 77     **Sex:** ☒M   ☐F   **Location:** 2 N 8 4 9 3
**Fecha de nacimiento**      **Sexo Hombre   Mujer   Ubicacion**

**Date of Request:** 2 / 3 / 13   **Time of Request:** ____ (hrs) TO, DR, H
**Fecha de solicitud**             **Tiempo de solicitud**

**Reason for Request:** I AM WRITING TO have MY DESCRIPTION
**Razon de solicitud** Refilled For Flexeril I have continous MUScle
spasms both In my back &feet I have bolding disks in my
neck &Also my Lombarba spine was both injured due to a car accident
In Addition upon my ARRest Police did Kick in
STRiked me upm the head numerous times I have been
having strong migranes In the back of my head travels
to my templess Causing blured vision And Is non-stop
throughout the day. The pain is unbearable At times
And my skull is in fact sensitive to a mere touch where
the pain is located. I have requsted numerous occassion to
speak with The DR, HW of the facility yet I've only been reviewed/ THE
NURSE

**TRIAGE SECTION:** Triaged By: _____

Disposition:

                    ☐ Immediate Evaluation

**Date/Time**       ☐ Sick Call    (Priority   ☐ 1    ☐ 2    ☐ 3 )
**Received**        ☐ Dental Referral
                    ☐ RN Assessment (face to face)
                    ☐ Referral to Forensics/Mental Health
                    ☐ No Provider Visit Necessary (Needs comment)

**COMPLETION:** Date: ____/____/____   Time: _____ (hrs)

Print Name: _____ Signature: _____

Erie County Department of Health (ECDOH)　　　　Division of Public & Correctional Health

## SICK CALL REQUEST

**INMATE SECTION: (Inmate to complete this section only)**
**Preso seccion:**　　(El preso,(La presa) a completer esta seccion)

**Last name:** Savage　　**First name:** Damone　　**ICN:** 41776
**Apellido**　　　　　　　**Primer Nombre**　　　　　　**Preso No. Correccional**

**D.O.B.:** 6/25/77　**Sex:** ☒M　☐F　**Location:** E NE　493
**Fecha de nacimiento**　**Sexo Hombre**　**Mujer**　**Ubicacion**

**Date of Request:** 3/16/13　**Time of Request:** 8:00 (hrs)
**Fecha de solicitud**　　　　**Tiempo de solicitud**

**Reason for Request:** I AM Still HAving Severe
**Razon de solicitud** Headaches Caused From Officers
Kicking & Beating me in The Head upon my
Arrest. I HAve made numerous attempts
To be seen by DOH for The nurses have
All Told me that I need To speak with you
About These Headaches ANd pain have been having
Also I Need something To make me sleep As I HArdly
sleep At All due to pain in both arm, shoulder
And Neck & Lower back. YOUR HelpIN This MATTer
will be Highly Appreciated. Thank you
　　　　　　　　　　　　　　Mr. Savage

## TRIAGE SECTION: Triaged By: _____

Disposition:

*Date/Time Received*

☐ Immediate Evaluation
☐ Sick Call　(Priority　☐ 1　☐ 2　☐ 3 )
☐ Dental Referral
☐ RN Assessment (face to face)
☐ Referral to Forensics/Mental Health
☐ No Provider Visit Necessary (Needs comment)

_____
_____
_____
_____
_____
_____
_____
_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**COMPLETION:** Date: ___/___/___　Time: _____ (hrs)

Print Name: _____ Signature: _____
Page 1 of 1　　　　　　　　　　　Form CH-19 Sick Call Request Form (Rev. 05/07/12)

Erie County Department of Health (ECDOH)                Division of Public & Correctional Health

## SICK CALL REQUEST

**INMATE SECTION: (Inmate to complete this section only)**
*Preso seccion:*     (El preso,(La presa) a completer esta seccion)

Last name: SAVAGE     First name: DAMONE     ICN: 41776
**Apellido**     **Primer Nombre**     **Preso No. Correccional**

D.O.B.: 6/25/     Sex: ☑M   ☐F   Location: ENE-93
**Fecha de nacimiento**     **Sexo Hombre   Mujer   Ubicacion**

Date of Request: 4/6/13   Time of Request: /: ??(hrs)
**Fecha de solicitud**     **Tiempo de solicitud**

Reason for Request: TO DOCTOR; H
**Razon de solicitud**
I Am writing in reGARds to The
Extreme "Head Aches" I Am contining to half
My Shoulder That was Miured upon why Arrest
Is constantly in pain so to the depe Aches of my
Shoulder blade and my left shoulder as well
The pain is unbearable at times and keeps me up all
The main - The night I Am finding it Harder to cause
With the As each day goes by your help will be
HAve boils on my face still the Antibotics Highly Appreciated
did not work At ALL Areas on face And Neck is still infected

## TRIAGE SECTION: Triaged By: _____

Disposition:

Date/Time Received

☐ Immediate Evaluation
☐ Sick Call     (Priority   ☐ 1   ☐ 2   ☐ 3 )
☐ Dental Referral
☐ RN Assessment (face to face)
☐ Referral to Forensics/Mental Health
☐ No Provider Visit Necessary (Needs comment)

_____
_____
_____
_____
_____
_____
_____

**COMPLETION:** Date: ___/___/___   Time: _____ (hrs)

Print Name: _____ Signature: _____

Page 1 of 1                         Form CH-19 Sick Call Request Form (Rev. 05/07/12)

Erie County Department of Health (ECDOH)          Division of Public & Correctional Health

# SICK CALL REQUEST

**INMATE SECTION: (Inmate to complete this section only)**
*Preso seccion:*      *(El preso,(La presa) a completer esta seccion)*

**Last name:** SAVAGE      **First name:** JAMME      **ICN:** CN7XG
**Apellido**                    **Primer Nombre**                **Preso No. Correccional**

**D.O.B.:** 6,05,17      **Sex:** ☑M  ☐F      **Location:** ECHC
**Fecha de nacimiento**      **Sexo Hombre  Mujer  Ubicacion**

**Date of Request:** 5/4/13      **Time of Request:** 1:14 (hrs)
**Fecha de solicitud**            **Tiempo de solicitud**

**Reason for Request:** DR. V
**Razon de solicitud** I AM Still expericening HeAdAcHes ANd ThAT
hASn't changed After 4 months. Also Still HAVING Shooting pAin
in my Left Shoulder And swelling is increasing. Need To be
Seen by a Spiaclist As Soon As possible.

Still Need Somthing for My headaches in my nock And
Also my Spine, And do balance on a daily basis.

THANk You.
Mr. DL Savage

---

**TRIAGE SECTION:** Triaged By: _____

Disposition:

*Date/Time*          ☐ Immediate Evaluation
*Received*           ☐ Sick Call  (Priority  ☐ 1  ☐ 2  ☐ 3 )
                     ☐ Dental Referral
                     ☐ RN Assessment (face to face)
                     ☐ Referral to Forensics/Mental Health
                     ☐ No Provider Visit Necessary (Needs comment)

_____

_____

_____

_____

_____

_____

_____

_____

............................................................

**COMPLETION:** Date: ___/___/_____  Time: _____ (hrs)

Print Name: _____  Signature: _____

Erie County Department of Health (ECDOH)          Division of Public & Correctional Health

# SICK CALL REQUEST

**INMATE SECTION: (Inmate to complete this section only)**
*Preso seccion:*          *(El preso,(La presa) a completer esta seccion)*

Last name: _Siuage_          First name: _Namae_          ICN: _4776_
**Apellido**          **Primer Nombre**          **Preso No. Correccional**

D.O.B.: _6/25/72_     Sex: ☒M     ☐F     Location: _ENE #93_
**Fecha de nacimiento**     **Sexo Hombre     Mujer     Ubicacion**

Date of Request: _5 /13 /13_     Time of Request: _7:00 ᵗ(hrs)_
**Fecha de solicitud**          **Tiempo de solicitud**

Reason for Request: _To be given some medicine for the_
**Razon de solicitud**     _pain in a bruise in my left shoulder_
_And neck. Low back. Also to recieve Allergic_
_medicine for my special allergies for Eyes and runing_
_nose._

**TRIAGE SECTION:** Triaged By: _____

Disposition:

*Date/Time*          ☐ Immediate Evaluation
*Received*          ☐ Sick Call     (Priority  ☐ 1     ☐ 2     ☐ 3 )
          ☐ Dental Referral
          ☐ RN Assessment (face to face)
          ☐ Referral to Forensics/Mental Health
          ☐ No Provider Visit Necessary (Needs comment)

**COMPLETION:** Date: ____/____/____     Time: _____ (hrs)

Print Name: _____ Signature: _____
Form CH-19 Sick Call Request Form (Rev. 05/07/12)

Erie County Department of Health (ECDOH)          Division of Public & Correctional Health

## SICK CALL REQUEST

**INMATE SECTION: (Inmate to complete this section only)**
**Preso seccion:**       (El preso,(La presa) a completer esta seccion)

Last name: __SAVAGE__          First name: __DAMONE__          ICN: __41776__
**Apellido**                              **Primer Nombre**                        **Preso No. Correccional**

D.O.B.: __6/25/77__    Sex: ☑M    ☐F    Location: __ENE #93__
**Fecha de nacimiento**      **Sexo Hombre   Mujer   Ubicacion**

Date of Request: __5/19/13__   Time of Request: __7:00pm__(hrs)
**Fecha de solicitud**                   **Tiempo de solicitud**

**Reason for Request:**  To: Dr. +( ",
**Razon de solicitud**    I'm writing in Regards to my last
Doctor Appointment when I was told by yourself that
I/ma where gonna give me something stronger for my
pain in both my shoulder and lower back.. For I have
not had any change in my medication now Has the the
pain stopped in any way/shape form or fashion. Nor has
the swelling gone down. Also you said it needed you where
gonna give me a extension for my cream for my skin Rash
on my face, but I have not recieved that either.

---

**TRIAGE SECTION:** Triaged By: _____

Disposition:

|                  |                                           |
|------------------|-------------------------------------------|
| Date/Time        | ☐ Immediate Evaluation                    |
| Received         | ☐ Sick Call   (Priority  ☐ 1  ☐ 2  ☐ 3 )  |
|                  | ☐ Dental Referral                         |
|                  | ☐ RN Assessment (face to face)            |
|                  | ☐ Referral to Forensics/Mental Health     |
|                  | ☐ No Provider Visit Necessary (Needs comment) |

---

**COMPLETION:** Date: ____/____/____    Time: _____ (hrs)

Print Name: _____ Signature: _____

Form CH-19 Sick Call Request Form (Rev. 05/07/12)

Erie County Department of Health (ECDOH)          Division of Public & Correctional Health

## SICK CALL REQUEST

**INMATE SECTION:** (Inmate to complete this section only)
**Preso seccion:**          (El preso,(La presa) a completer esta seccion)

Last name: _SAVAGE_          First name: _DAMONE_          ICN: _4776_
**Apellido**                              **Primer Nombre**                    **Preso No. Correccional**

D.O.B.: _6/25/77_     Sex: ☑M     ☐F     Location: _ENE-93_
**Fecha de nacimiento**     **Sexo Hombre   Mujer   Ubicacion**

Date of Request: _6/2/13_     Time of Request: _10:00AM_ (hrs)
**Fecha de solicitud**                **Tiempo de solicitud**

**Reason for Request:**     _Dr. Glenbergh :_
**Razon de solicitud**     _I am writing you in regards to my_
_Continued Shooting & throbing pain my left shoulder_
_and Also my neck._

_In- Addition I am made a allergc reaction_
_is the skin care medication Benzoil Peroxide my_
_face is extremly dried out and it burns. Need_
_Something to Stop Skin irritation._
                    _THANK You INTHIAAke_
                    _Mr. Savage_

**TRIAGE SECTION:** Triaged By: _____

Disposition:

Date/Time
Received

☐ Immediate Evaluation
☐ Sick Call     (Priority   ☐ 1     ☐ 2     ☐ 3 )
☐ Dental Referral
☐ RN Assessment (face to face)
☐ Referral to Forensics/Mental Health
☐ No Provider Visit Necessary (Needs comment)

**COMPLETION:** Date: ____/____/_____     Time: _____ (hrs)

Print Name: _____ Signature: _____
Page 1 of 1                              Form CH-19 Sick Call Request Form (Rev. 05/07/12)

Erie County Department of Health (ECDOH)        Division of Public & Correctional Health

## SICK CALL REQUEST

**INMATE SECTION: (Inmate to complete this section only)**
*Preso seccion:*        *(El preso,(La presa) a completer esta seccion)*

Last name: _SAVAge_        First name: _DAMonic_        ICN: _41776_
**Apellido**        **Primer Nombre**        **Preso No. Correccional**

D.O.B.: _6, 25, 77_    Sex: ☑M    ☐F    Location: _ENE - 93_
*Fecha de nacimiento*        **Sexo Hombre   Mujer   Ubicacion**

Date of Request: _6, 15, 13_   Time of Request: _12:10 AM_ (hrs)
*Fecha de solicitud*        *Tiempo de solicitud*

Reason for Request: ☒ _TO BE SeeN By DR. H. ☒ ASAP._
*Razon de solicitud.*    _IN RegArds to The PAIN I_
_HAVE IN My Head STill Also The NumbNess_
_And PAIN I Keep Having In My Left ARM And_
_Left shoulder it is constant And unbeArAble._
_PleAse I Need Stronger Medicone AR A DAte FoR_
_Surgury The PAN is INCReAsing by The DAy !!_

_YouR Help in this matter will be_
_Highly Apreciated. Mr. Savage_

---

**TRIAGE SECTION:** Triaged By: _____

Disposition:

*Date/Time*        ☐ Immediate Evaluation
*Received*        ☐ Sick Call    (Priority   ☐ 1    ☐ 2    ☐ 3 )
        ☐ Dental Referral
        ☐ RN Assessment (face to face)
        ☐ Referral to Forensics/Mental Health
        ☐ No Provider Visit Necessary (Needs comment)

_____

_____

_____

_____

_____

_____

_____

....................................................................................................

**COMPLETION:** Date: ____/____/____    Time: _____ (hrs)

Print Name: _____    Signature: _____

Erie County Department of Health (ECDOH)          Division of Public & Correctional Health

## SICK CALL REQUEST

**INMATE SECTION: (Inmate to complete this section only)**
**Preso seccion:**     (El preso,(La presa) a completer esta seccion)

**Last name:** SAVAGE          **First name:** DAMONE          **ICN:** 41776
**Apellido**                    **Primer Nombre**              **Preso No. Correccional**

**D.O.B.:** 6,25,77   **Sex:** ☑M   ☐F   **Location:** Σ NE ᵃ93
**Fecha de nacimiento**   **Sexo** Hombre  Mujer  Ubicacion

**Date of Request:** 6-25-13   **Time of Request:** 10:00ᵃᵐ (hrs)
**Fecha de solicitud**          **Tiempo de solicitud**

**Reason for Request:** TO Be Seen by DR. Heilenburger
**Razon de solicitud** In Regards To The Continous
heAd AcheS And The pain That I Am
hAving In My Left Shoulder Also
Lower BACK. I hAve been wAiting to be
Seen for my heAdAches by A Nerulagist
Since LAST April. The pain is extreme
And won-STop. I Am In Serue pain
ReMReding My Left shoulder Also. Your Help
would be Highly
Appreciated.
ThAnk You, MR. Savage

**TRIAGE SECTION:** Triaged By: _____

Disposition:

*Date/Time*          ☐ Immediate Evaluation
*Received*           ☐ Sick Call   (Priority   ☐ 1   ☐ 2   ☐ 3 )
                     ☐ Dental Referral
                     ☐ RN Assessment (face to face)
                     ☐ Referral to Forensics/Mental Health
                     ☐ No Provider Visit Necessary (Needs comment)

_____
_____
_____
_____
_____
_____
_____
_____

**COMPLETION:** Date: ___/___/___   Time: _____ (hrs).

Print Name: _____ Signature: _____

Page 1 of 1                          Form CH-19 Sick Call Request Form (Rev. 05/07/12)

# ERIE COUNTY SHERIFF'S OFFICE
## JAIL MANAGEMENT DIVISION

TO:

SUPT: _____  DEP. SUPT: _____

LIEUTENANT SERGEANT: _____  CLERK: _____

CHAPLAIN: _____  SPECIAL SERVICE OFFICER: _____

NOTARY: _____  CLINIC: _____

PRE-TRIAL: _____  OTHER (SPECIFY): _____

DATE: June 11  20 13  TIME: 330 AM/PM  HOUSING UNIT: ENE

INMATE'S NAME: Damone Sauvage  CELL #: 93

ICN# 41776

OFFICER SIGNATURE: _____  BADGE NO.: 1416

REQUEST: Phone CALL TO ECMC. TO
Schedule surgery of left shoulder
AS Advised by Judge Buscaglia
Today in court In order to determine
my Release. Micheal Roath-888-3447
888-3325  orthopedic surgery ECMC.
Also my Lawyer to give him schedule
date. Douglas Stiller
(716) 856-4400  Thank you Mr. Lavine

DISPOSITION: No Response

IF YOU WISH TO FILE A GRIEVANCE,
PLEASE REFER TO THE INMATE HANDBOOK
ON PROPER PROCEDURE TO FILE.

JMD-24 (Rev. 01/11)

---

# ERIE COUNTY SHERIFF'S OFFICE
## JAIL MANAGEMENT DIVISION

TO: Supt. Reardon

SUPT: _____  DEP. SUPT: _____

LIEUTENANT SERGEANT: _____  CLERK: _____

CHAPLAIN: _____  SPECIAL SERVICE OFFICER: _____

NOTARY: _____  CLINIC: _____

PRE-TRIAL: _____  OTHER (SPECIFY): _____

DATE: 6-16  20 13  TIME: _____ AM/PM  HOUSING UNIT: _____

INMATE'S NAME: _____  CELL #: 43

ICN# 41776

OFFICER SIGNATURE: _____  BADGE NO.: _____

REQUEST: I have written 3 slips to Sergeants + Sgt
for a plus a call with no response. I
would like the of them call or respond to a
surgery that I am in desperate need on my
shoulder. Dr. Hellenburger is fully aware of
my situation + also wanted to switch
responsibility to reschedule my apt. with FCMC
and it was what I considered my release when in which
of my apt. My doctor is Micheal Roath
(898-3447)  Please help ... any which of twires
Care + Thanks. Very for ...

DISPOSITION: No Response Mr. Savage

IF YOU WISH TO FILE A GRIEVANCE,
PLEASE REFER TO THE INMATE HANDBOOK
ON PROPER PROCEDURE TO FILE.

JMD-24 (Rev. 01/11)

## Form 1 (right)

Important

**ERIE COUNTY SHERIFF'S OFFICE**
**JAIL MANAGEMENT DIVISION**

TO: Sargent. Need Phone Call
Vee Brewbester

SUPT:

| | |
|---|---|
| LIEUTENANT SERGEANT: | CLERK |
| | SPECIAL SERVICE OFFICER |
| CHAPLAIN: | |
| NOTARY: | CLINIC: |
| PRE-TRIAL: | OTHER (SPECIFY): |

DATE: 6/19/13 20 13 TIME: 600 AM (PM) HOUSING UNIT: ENE

INMATE'S NAME: Damore Savage   CELL #:

ICN# 41776

OFFICER SIGNATURE: ___ BADGE NO. 130

REQUEST: Need to Make important call concerning my medical condition Also Attorney. Dr. Roth (716)818-3414 orthopadics
4# Douglas Stiler (716)856-4400

DISPOSITION: NO RESPONSE

**IF YOU WISH TO FILE A GRIEVANCE, PLEASE REFER TO THE INMATE HANDBOOK ON PROPER PROCEDURE TO FILE.**

JMD-24 (Rev. 01/11)

---

## Form 2 (left)

**ERIE COUNTY SHERIFF'S OFFICE**
**JAIL MANAGEMENT DIVISION**

TO: Sheriff. Timothy B. Howard

SUPT:

| | |
|---|---|
| LIEUTENANT SERGEANT: | CLERK |
| | SPECIAL SERVICE OFFICER |
| CHAPLAIN: | |
| NOTARY: | CLINIC: |
| PRE-TRIAL: | OTHER (SPECIFY): |

DATE: 6/13/0 20 13 TIME: 720 AM (PM) HOUSING UNIT: ENE

INMATE'S NAME: Damone Savage   CELL #: 83

ICN# 41776/

OFFICER SIGNATURE: ___ BADGE NO. 14.09

REQUEST: I am writing to you to inform you that I upon my arrest I sustained serious injuries by arresting officers. on 1/18/13. I have made many Request To Recieve Treatment of medical for my left shoulder, wrist And headaches. Where I in fact Need surgery on my left shoulder I have been denied any further medical attention from your staff the entire month of June. I have spoken to both Sgt. DeeBalis as well as June. Superior. Reandan yet they have not Helped AtAll.

DISPOSITION: AS NO RESPONSE

**IF YOU WISH TO FILE A GRIEVANCE, PLEASE REFER TO THE INMATE HANDBOOK ON PROPER PROCEDURE TO FILE.**

JMD-24 (Rev. 01/11)

My Mercy is in your HANDS!!